United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

| | | |
|---|---|---|
| TO: | Judge Jeffery P. Hopkins | |
| FROM: | Benjamin J. Codispoti | , Deputy Clerk |
| DATE: | 08/11/2025 | |
| SUBJECT: | Case Caption: | Leonhardt v. Fitbit, LLC |
| CASE: | Case Number: | Doc. 1:25-cv-568 1 |
| | Judges: | Judge Hopkins / Magistrate Judge Bowman |
| | File Date: | 08/11/2025 |

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Christman v. Fitbit, LLC** | | |
| Case Number: | **Doc. 1:25-cv-392 1** | District Judge: | **Hopkins** |
| File Date: | **06/12/2025** | Magistrate Judge: | **Litkovitz** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Benjamin J. Codispoti** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☒ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies